IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| GEORGIA SHIFT,<br><br>     Plaintiff,<br><br>vs.<br><br>GWINNETT COUNTY, *et al.*,<br><br>     Defendants. | Civil Action No.: 1:19-cv-01135-AT |

## DEFENDANT GWINNETT COUNTY'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT

Defendant Gwinnett County moves to dismiss Plaintiff's claims in their entirety pursuant to Fed. R. Civ. P. 12(b)(1) and (6). In support of this motion, Gwinnett County relies on its Brief in Support of Motion to Dismiss Plaintiff's Complaint, which is filed with this motion.

Respectfully submitted this 18th day of April, 2019.

/s/ Bryan P. Tyson
Bryan P. Tyson
GA Bar No. 515411
btyson@taylorenglish.com
TAYLOR ENGLISH DUMA LLP
1600 Parkwood Circle, Suite 200
Atlanta, GA 30339
770.434.6868 (telephone)
*Attorney for Defendant Gwinnett County*

## **CERTIFICATE OF COMPLIANCE**

Pursuant to L.R. 7.1(D), the undersigned hereby certifies that the foregoing DEFENDANT GWINNETT COUNTY'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT has been prepared in Times New Roman 14, a font and type selection approved by the Court in L.R. 5.1(B).

/s/ Bryan P. Tyson
Bryan P. Tyson

- 3 -

# CERTIFICATE OF SERVICE

I hereby certify that on April 18, 2019, I served the within and foregoing **DEFENDANT GWINNETT COUNTY'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT** with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

This 18th day of April, 2019.

/s/ Bryan P. Tyson
Bryan P. Tyson
Georgia Bar No. 515411
