IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

GEORGIA SHIFT, et al.,

     Plaintiffs,

v.

GWINNETT COUNTY, et al.,

     Defendants.

Civil Action File No.
1:19-CV-1135-AT

## <u>CERTIFICATE OF CONSENT FOR SUBSTITUTION OF COUNSEL</u>

Pursuant to Local Rule 83.1(E)(2), please substitute AARON J. ROSS in the place of BENNETT D. BRYAN as counsel of record for Defendant DeKalb County.

Mr. Ross will serve as lead counsel for Defendant DeKalb County, and Mr. Bryan will no longer serve as counsel of record in this case.  As indicated by the signatures below, Defendant DeKalb County and Mr. Bryan have consented to this substitution.

Respectfully submitted, this 5th day of November, 2019.

s/ Aaron J. Ross
Aaron J. Ross
Senior Assistant County Attorney
Georgia Bar No. 461981
**DeKalb County Law Department**
1300 Commerce Drive, 5th Floor
Decatur, Georgia 30030
Telephone:  (404) 371-3011
Facsimile:  (404) 371-3024
ajross@dekalbcountyga.gov

*One of the Attorneys for Defendant
DeKalb County*

s/ Bennett D. Bryan
Bennett D. Bryan
Senior Assistant County Attorney
Georgia Bar No. 157099
**DeKalb County Law Department**
1300 Commerce Drive, 5th Floor
Decatur, Georgia 30030
Telephone:  (404) 371-3011
Facsimile:  (404) 371-3024
bdbryan@dekalbcountyga.gov

*Withdrawing Counsel for Defendant
DeKalb County*

For DeKalb County:

s/ Laura K. Johnson
Laura K. Johnson
Deputy County Attorney
Georgia Bar No. 392090
**DeKalb County Law Department**
1300 Commerce Drive, 5th Floor
Decatur, Georgia 30030
Telephone:  (404) 371-3011
Facsimile:  (404) 371-3024

## <u>CERTIFICATE OF SERVICE AND CERTIFICATE OF COMPLIANCE<br>WITH LOCAL RULE 5.1</u>

I hereby certify that I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system (which document was prepared in Times New Roman font, 14-point type, one of the font and point selections approved by the Court in N.D. Ga. L.R. 5.1(C)), which will automatically send e-mail notification of such filing to counsel of record.

This 5th day of November, 2019.

s/ Aaron J. Ross
Aaron J. Ross
Senior Assistant County Attorney
Georgia Bar No. 461981

*One of the Attorneys for Defendant*
*DeKalb County*