IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| GEORGIA SHIFT, *et al.*, | : | |
| Plaintiffs, | : | |
| v. | : | |
| GWINNETT COUNTY, *et al.*, | : | CIVIL ACTION NO. |
| | : | 1:19-CV-01135-AT |
| Defendants. | : | |

## **ORDER**

This matter is before the Court on Defendants' Motions to Dismiss Plaintiff's Original Complaint [Docs. 41, 44, 45, 46], Defendants' Motions to Stay Discovery [Doc. 47, 53] pending a ruling on the Motions to Dismiss, the Cobb County Defendants' Motion for Leave to File Consolidated Brief in Excess of 25 Pages [Doc. 64], and Defendants' Joint Motion to Stay Preliminary Discovery [Doc. 73] pending a ruling on Defendants' Motions to Dismiss Plaintiff's Amended Complaint.

In response to Defendants' motions to dismiss, Plaintiff filed an Amended Complaint on May 30, 2019. Plaintiff's Amended Complaint replaced and superseded the Original Complaint. *See Malowney v. Fed. Collection Deposit Grp.*, 193 F.3d 1342, 1345 n.1 (11th Cir. 1999) ("An amended complaint supersedes an original complaint."); *Varnes v. Local 91, Glass Bottle Blowers Ass'n*, 674 F.2d 1365, 1370 n.6 (11th Cir. 1982) ("As a general rule, an amended

complaint supersedes and replaces the original complaint unless the amendment specifically refers to or adopts the earlier pleading."). In light of Plaintiff's having filed the Amended Complaint, the Motions to Dismiss the Original Complaint [Docs. 41, 44, 45, 46] are **DENIED AS MOOT**. *Fountain v. Hyundai Motor Co.*, Civ. Action No. 1:15-CV-00446-ELR, 2016 WL 4361528, at *2 (N.D. Ga. Mar. 4, 2016) (Ross, J.) ("The filing of the amended complaint has rendered the arguments contained in the first motion to dismiss moot."); *Mizzaro v. Home Depot, Inc.*, No. Civ. A. 1:06-CV-11510, 2007 WL 2254693, at *3 (N.D. Ga. July 18, 2007) (Evans, J.) (dismissing as moot a motion to dismiss addressing the original complaint following defendants' acceding to the filing of an amended complaint).

The **GRANTS** Cobb County Defendants' Motion for Leave to File Consolidated Brief in Excess of 25 Pages [Doc. 64]. The Court will address Defendants' Motions to Dismiss the Amended Complaint in a separate Order.

The Court **DENIES AS MOOT** Defendants' Motions to Stay Discovery [Doc. 47, 53] pending a ruling on the Motions to Dismiss and **GRANTS** Defendants' Joint Motion to Stay Preliminary Discovery [Doc. 73] pending a ruling on Defendants' Motions to Dismiss Plaintiff's Amended Complaint.

**IT IS SO ORDERED** this 25th day of November, 2019.

_____
**Amy Totenberg**
**United States District Judge**